IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN BERG,<br><br>Defendant. | CR 19-47-M-KLD<br><br>ORDER |

Defendant has filed an unopposed Motion for Early Termination of Probation/Supervised Release pursuant to 18 U.S.C. § 3564(c). Having considered the factors set forth in 18 U.S.C. § 3553(a), the Court finds that early termination is warranted by the conduct of Defendant and the interests of justice. Pursuant to Fed. R. Crim P. 32.1(c)(2)(B) and (C), no hearing on Defendant's unopposed motion is required. Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's unopposed motion is GRANTED and

//

//

//

1

Defendant's term of probation is hereby terminated pursuant to 18 U.S.C. § 3564(c).

DATED this 17th day of February, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge